124 F.3d 189
 Susan
V.
Waldman v. Robert D. Lipscher, Administrative Director of
Courts, Supreme Court of New Jersey, Office of Clerk,
Stephen W. Townsend, Clerk of Supreme Court of New Jersey,
Robin Hill, Disciplinary Review Board of State of New
Jersey, Lee M. Hymerling, Raymond R. Trombadore, Thomas
McKinney, Herman L. Waldman, D.D.S., County of Morris,
Randolph Township, Administrator v. Robert Dorkin, American
Home Assurance Company, a Foreign Corporation, Diamond and
 NO. 96-5627
 United States Court of Appeals,
Third Circuit.
 July 30, 1997
 
 Appeal From: D.N.J. ,No.95cv03250 ,
 Lifland, J.
 
 
 1
 Affirmed.